for petitioner. *Solicitor General Fahy, Assistant Attorney General Shea, Messrs. Paul A. Sweeney, Jerome H. Simonds* and *W. W. Cochran* for respondent.

No. 1050. DAVENPORT *v.* UNITED STATES. April 23, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. John J. Hooker* for petitioner. *Solicitor General Fahy, Assistant Attorney General Tom C. Clark, Mr. Robert S. Erdahl* and *Miss Rosalie M. Moynahan* for the United States.

No. 1053. OKEECHOBEE COUNTY *v.* NUVEEN ET AL. April 23, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Manley P. Caldwell* for petitioner. *Mr. Miller Walton* for respondents.

No. 1054. STATE NATIONAL BANK *v.* TITTLE. April 23, 1945. Petition for writ of certiorari to the Supreme Court of Texas denied. *Mr. S. P. Jones* for petitioner. *Mr. Sidney L. Herold* for respondent.

No. 1058. POTOMAC CHEMICAL CO., INC. *v.* CHAPMAN. April 23, 1945. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. *Mr. Alvin L. Newmyer* for petitioner.